■ EDWARD I. ELICOFON, Respondent, v BETH ISRAEL MEDICAL CENTER et al., Appellants.

No opinion. Concur—Kupferman, J. P., Ross, Asch and Kassal, JJ.